REX, Respondent, v. CONEY ISLAND & B. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Herbert Rex, an infant, etc., against the Coney Island & Brooklyn Railroad Company, impleaded with others.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and HIRSCHBERG, J., dissent, upon the ground that, having reversed the judgment against the Long Island Railroad Company for reasons stated in the per curiam opinion, they deem it wiser to have a new trial as to both defendants. See, also, 131 N. Y. Supp. 326.

RIAN, Respondent, v. BROMELL, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Frank P. Rian against Alfred H. Bromell. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 129 N. Y. Supp. 1143.

In re RICH. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Berthold A. Rich. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 142 App. Div. 934, 127 N. Y. Supp. 1141.

RIECKENBERG v. RIECKENBERG. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Dora Rieckenberg against Charles Rieckenberg. No opinion. Motion for stay granted, without costs. Settle order before Mr. Justice Carr.

RINGELOTH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Adolph Ringeloth against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RIPIN et al. v. UNITED STATES WOVEN LABEL CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Seymour H. Ripin and others against the United States Woven Label Company. No opinion. Motion granted. Question to be certified on settlement of order. Settle order on notice.

ROCHE v. GORKEN. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Margaret Roche against John Gorken. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

RODDY, Appellant, v. DAUCH, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Edward U. Roddy against Thomas Dauch. No opinion. Judgment of the County Court of Nassau county affirmed, with costs.

ROMEO, Respondent, v. ROMEO, Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Action by Marguerite Romeo against Vincenzo Romeo.

PER CURIAM. Order modified, by striking out the direction for alimony pendente lite, and, as so modified, affirmed, without costs.

HIRSCHBERG, J., votes for affirmance.

ROODS, Respondent, v. FONDA, J. & G. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Frank D. Roods against the Fonda, Johnstown & Gloversville Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

ROOT, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by George H. Root, administrator, etc., against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

ROSEBROOK, Respondent, v. WESTINGHOUSE, CHURCH, KERR & CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Edwin Rosebrook against Westinghouse, Church, Kerr & Co. No opinion. Motion denied, without costs. See, also, 130 N. Y. Supp. 1129.

ROSENTHAL, Respondent, v. ALBERT, Appellant. (Supreme Court, Appellate Division. Second Department. October 20, 1911.) Supplementary proceedings by Jacob Rosenthal against Joseph Albert. No opinion. Order of the County Court of Kings county reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Ward v. Stoddard, 144 App. Div. 143, 128 N. Y. Supp. 846.

RUDIGER et al., Respondents, v. COLEMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Eugene A. Rudiger and another against James S. Coleman and others. No opinion. Orders reversed, with $10 costs and disbursements, and motion for stay of proceedings pending appeal granted, with costs. See, also, 131 App. Div. 914, 115 N. Y. Supp. 1143.

RUSCH, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division. Fourth Department. November 15, 1911.) Ac-